UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| JUN 26 2023 | |
| MOLLY C. DWYER, CLERK | |
| U.S. COURT OF APPEALS | |

DARLENE HOLLINS; et al.,

        Plaintiffs - Appellants,

and

ANGELA DIAMOS,

        Plaintiff,

 v.

WALMART INC. and INTERNATIONAL VITAMIN CORPORATION,

        Defendants - Appellees.

No. 21-56031

D.C. No. 2:19-cv-05526-SVW-GJS
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered May 11, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT